

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2021

No. 04-21-00110-CV

**IN RE GREAT PLAINS MANAGEMENT CORPORATION**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19936
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The motion to take judicial notice filed by appellee Great Plains Management Corporation is CARRIED WITH THE APPEAL.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court